UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 23-00352-GW (ASx) | Date | November 15, 2023 |
|---|---|---|---|
| Title | AirDoctor, LLC v. Homeburg Limited, et al., | | |

| Present: | Hon. Alka Sagar, U.S. Magistrate Judge |
|---|---|

| Alma Felix | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys for Plaintiff: | Attorneys for Defendant: |
|---|---|
| n/a | n/a |

**Proceedings:**     **ORDER TO SHOW CAUSE**

1.     Defendant Homeburg Inc., filed a motion to compel Plaintiff to produce certain documents. ("Motion) (Dkt. Nop. 43). This discovery motion is not in the joint format mandated under the Local Rules. The motion is accompanied by a statement that indicates that Plaintiff did not provide its portion of the joint motion before the moving party filed it and failed to confer in accordance with this Court's Local Rule 37-1. (Dkt. No. 43-1 at 4; Exhibit F).

2.     A party's failure to file a required document within a deadline set by local rule or to cooperate in the submission of a joint discovery motion "may be deemed consent to the granting [ ] of the motion." Local Rule 7-12. Therefore, Plaintiff AirDoctor LLC is ORDERED TO SHOW CAUSE for the failure to comply with the joint filing process <u>and</u> to submit a substantive response to the discovery motion by **November 17, at 12:00 p.m.** If the Court does not receive any submission, the motion will be granted as unopposed under local rule without further proceedings. The Court will also award expenses to the moving party as required under Federal Rule of Civil Procedure 37(a)(5).