JS-6

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AIRDOCTOR, LLC<br>*Plaintiff*<br><br>v.<br><br>HOMEBURG LIMITED, HOMEBURG INC., and REPLACEMENT-PARTS,<br>*Defendants* | CASE NO. CV 23-352-GW-ASx<br><br>**ORDER GRANTING JOINT STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)** |

# ORDER

Pursuant to the stipulation of the Parties under Federal Rule of Civil Procedure 41(a)(1), IT IS ORDERED THAT THIS ACTION BE, AND HEREBY IS, DISMISSED WITH PREJUDICE as to all claims, causes of action, and parties, with each party bearing its own attorney's fees and costs. The Clerk is directed to close this case.

IT IS SO ORDERED.

DATED: March 7, 2024

_____
HON. GEORGE H. WU,
UNITED STATES DISTRICT JUDGE